**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

MARCUS SANDERS,

      Plaintiff,

          v.

PURDUE FEDERAL CREDIT UNION, et al.,

      Defendants.

CASE NO. 1:26-CV-45-HAB-ALT

## OPINION AND ORDER

Before the Court is Plaintiff Marcus Sanders's and Defendant World Acceptance Corporation's joint request, pursuant to Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss Defendant World Acceptance Corporation from this action. (ECF No. 21). Although these two parties have no objections to such a dismissal, partially dismissing this case is not an action this Court is empowered to do under Rule 41.

Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). But the Seventh Circuit has indicated that Rule 41(a) should be used for the limited purpose of dismissing an *entire action*, rather than for dismissal of individual parties or piecemeal claims. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015) ("Although some courts have held otherwise, we've said that Rule 41(a) does not speak of dismissing one claim in a suit; it speaks of dismissing an action— which is to say, the whole case."). As such, a Rule 41(a) dismissal that does not dispose of the entire case is improper.

Beyond being improper, such court action is also unnecessary here. On April 27, 2026, Sanders filed a Notice of Settlement for the first Defendant, Purdue Federal Credit Union (ECF

No. 17), to which Magistrate Judge Andrew Teel directed that Sanders "shall file an Amended Complaint removing Purdue Federal Credit Union on or before 5/27/2026" (ECF No. 18). On May 4, 2026, World Acceptance Corporation filed its own Notice of Settlement (ECF No. 19), and Judge Teel ordered dismissal papers to be filed by June 5, 2026 (ECF No. 20).

Given that all parties have appeared to reach settlement, Sanders's present request is both improper and inefficient. Instead, Sanders should file a joint Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(ii), signed by all parties who have appeared. Consistent with Judge Teel's previous instruction, dismissal papers are to be filed by June 5, 2026.

**SO ORDERED** on June 1, 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

2